**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL AHUMADA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>C. DUCART, Warden,<br><br>　　　　Respondent. | Case No. CV 17-6422-JPR<br><br>**J U D G M E N T** |

　　Pursuant to the Order Dismissing Habeas Petition Without Prejudice,

　　IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.


DATED: December 10, 2018　　　　　　　／s／ Jean Rosenbluth
　　　　　　　　　　　　　　　　　　JEAN ROSENBLUTH
　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE